

## CUNNINGHAMBOUNDS nc

TOBY D. BROWN41
GEORGEW. FINKBOHNER, III*
DAVID G. WIRTES, JR.**
STEVEN L. NICHOLAS
DAVIDS. CAIN, JR.*
WILLIAM E. BONNER
ROBERT L. MITCHELL*
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS4
AARON N. MAPLES
JOSEPH D. STEADMAN
JOSEPH F. MCGOWIN
JENNIFER B. JAYJOHN
AMANDA H. HERREN
TYLER J. FLOWERS

December 13, 2023

OF COUNSEL
JOHN T. CROWDER, JR.
ROBERT T. CUNNINGHAM
JOSEPH M. BROWN, JR.
GREGORY D. BREEDLOVE*
STEPHEN C. OLEN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

RICHARD BOUNDS
(1928-2018)

**VIA E-MAIL, FACSIMILE & CERTIFIED MAIL**

Gulf Coast Building Products, Inc.
3350 McLemore Dr.
Pensacola, FL 32514
F: (850) 477-9004
E: RavMayer@gcbp.com

Re:   December 12, 2023 Crash Event on Newman Road in Mobile County, Alabama

To Whom It May Concern:

Our law firm has been retained by the family of Kim Garcia relative to a crash event that occurred on December 12, 2023 on Newman Road in Mobile County, Alabama. The crash was caused by the unsafe actions of Gulf Coast Building Products, Inc. and its driver, Anton Herbst. As a result of the crash event, Ms. Garcia suffered fatal injuries.

Please provide a copy of this letter to (A) all Gulf Coast Building Products employees who have any control over the commercial vehicle and/or dash cam footage of the crash event; (B) your liability insurance carrier; and (C) any legal counsel that is representing Gulf Coast Building Products relative to the crash event. In addition, please ask the insurance representatives and legal counsel to contact me at the earliest opportunity.

1601 DAUPHIN STREET | MOBILE, ALABAMA 36604 | T (251) 471 6191 | TP (800) 472 6191 | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

'CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY "CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE



EXHIBIT 2

Gulf Coast Building Products, Inc.
December 13, 2023
Page **2** of **5**

_____

Please consider this letter as formal notice that the surviving family of Kim Garcia is represented by our law firm as legal counsel relative to the subject crash, and that all relevant communication should be directed to my attention.

**THIS LETTER IS A FORMAL REQUEST THAT YOU PRESERVE ALL EVIDENCE RELATED IN ANY WAY TO THE ABOVE-DESCRIBED CRASH EVENT AND ALL EQUIPMENT INVOLVED IN SAID CRASH UNTIL OUR FIRM HAS HAD THE OPPORTUNITY TO INSPECT AND DOCUMENT THE SAME.**

**Do not wash the subject commercial vehicle, trailer or any of the component parts – or allow any other person or entity to do so.**

**Do not alter the subject commercial vehicle, trailer or any of the component parts in any way – or allow any other person or entity to do so.**

You are requested to secure all documents, records, computer files, and other materials required to be maintained by Federal Motor Carrier Safety Regulations and/or any State or Federal Department of Transportation and/or Department of Safety.

This request specifically relates to and includes preserving the condition of the commercial vehicle and any electronic data recording devices until our firm has had a chance to inspect the same. This request to preserve evidence also specifically relates to and includes:

1. The commercial vehicle involved in this incident, including its component parts.

2. All video surveillance footage from any and all onboard cameras and other recording devices of any type or kind that shows any events leading up to, culminating in, and following the crash at issue in this matter.

    **NOTE:** Please retain all such footage from 2 hours prior to the incident and 2 hours following the incident.

    **NOTE:** Please preserve the requested video footage <u>in all available formats</u> until I have had a chance to inspect the same.

3. Any communication devices <u>of any type</u> that were in the subject commercial vehicle at the time of the incident, including any and all data stored in or stored relative to all such devices, including text messages, emails and/or voicemails.

4. All contents of the commercial vehicle involved in this incident.



Gulf Coast Building Products, Inc.
December 13, 2023
Page **3** of **5**

---

5. Daily inspection reports for the commercial vehicle involved in this incident on May 31, 2023, and sixty (60) days before said incident occurred.

6. Your driver's complete driver qualification file, including, but not limited to:
   a. Application of employment;
   b. CDL license;
   c. Driver's certification of prior traffic violations;
   d. Driver's certification of prior accidents;
   e. Driver's employment history;
   f. Pre-employment MVR;
   g. Annual MVR;
   h. Annual review of driver history;
   i. Certification of road test;
   j. Medical examiner's certificate;
   k. Drug/alcohol testing records; and
   l. HAZMAT or other training documents;

7. Photographs of the interior and exterior of vehicle(s) involved in this incident and the incident scene.

8. Your driver's post-incident alcohol and drug testing results.

9. Your driver's cellphone and/or SmartPhone.

10. Any and all credit card receipts, gas receipts and hotel receipts for Gulf Coast Building Products' driver <u>for the date of the crash</u>.

11. Any and all credit card receipts, gas receipts and hotel receipts for Gulf Coast Building Products' driver <u>for the sixty (60) days preceding the date of the crash</u>.

12. Any and all records for any on-board communications systems for the vehicle involved in the accident.

13. Any and all GPS-related data that shows any information or data of any type or kind relative to Gulf Coast Building Products' commercial vehicle involved in the crash <u>on the date of the crash</u>.

14. Any and all GPS-related data that shows any information or data of any type or kind relative to Gulf Coast Building Products' commercial vehicle involved in the crash <u>for the twenty-four (24) hours immediately preceding the crash</u>.



Gulf Coast Building Products, Inc.
December 13, 2023
Page **4** of **5**

_____

15. Any and all GPS-related data that shows any information or data of any type or kind relative to Gulf Coast Building Products' commercial vehicle involved in the crash for <u>ninety (90) days prior to the date of the crash</u>.

16. The engine control module for the vehicle involved in this accident.

17. The accident register.

18. Any and all documents required to be maintained by SafeStat, to include but not be limited to those documents necessary to SafeStat motor carrier profile, records relating to any vehicle out-of-service violations, records relating to any out-of-service violations for Gulf Coast Building Products' driver, and accident information for Gulf Coast Building Products' driver.

19. Accident report form MCS 150-B.

20. The annual review of Gulf Coast Building Products' driver for the twelve months preceding the date of the crash.

21. All of Gulf Coast Building Products' driver's logbooks for the date of the accident and the six months preceding.

22. All bills of lading relating to the date of the accident.

23. Any and all documents pertaining to the cargo being transported on the date of the accident.

24. Any and all documents pertaining to cell phone records from the vehicle or driver involved in the crash from the date of the accident and <u>ninety (90) days prior to the date of the crash</u>.

25. Any and all records which relate to any communications between the driver and the company, whether facsimile, computer or voice generated, for the date of the crash and <u>ninety (90) days prior to the date of the crash</u>.

26. Complete and clearly readable copies of any and all **created "vehicular movement recording documents or records"** such as any Commercial vehicle trip recorder computer generated documents (e.g. DDEC, Cummins), tacho-graph charts, computer generated trip printouts, global position satellite (e.g. Qualcomm or Fleetmatics or the like), reports of vehicle movement, driver-entered computer



Gulf Coast Building Products, Inc.
December 13, 2023
Page **5** of **5**

_____

data (e.g. electronic logging system), or any other documents generated by whatever means, in reference to the **physical movement of the Commercial vehicle** involved in the crash on the date of said crash.

Should you choose to ignore these requests, our client will be entitled to pursue a claim for spoliation of evidence directly against Gulf Coast Building Products, Inc.

This letter serves as: (1) knowledge of potential litigation; (2) notice that a duty is imposed upon you to preserve the evidence; and (3) notice that the requested preserved evidence is vital to the potential lawsuit.

I would ask that you promptly forward this letter to the appropriate employees, supervisors, and other applicable personnel so that they will be aware of the duty and responsibility to preserve all evidence related to the above described crash event.

Should you have any questions, please do not hesitate to call on me directly.

Lastly, please contact me at your earliest opportunity so that we may arrange our firm's access to the commercial vehicle for non-destructive inspection as soon as the vehicle is released by the Alabama State Troopers. My contact information is as follows:

- **E-MAIL:** RLM@cunninghambounds.com
- **DIRECT DIAL:** (251) 450-1532

Thank you for your attention to these important matters.

Sincerely,

ROBERT L. MITCHELL

RLM/jrk

