IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**AMY HILL, as Personal Representative of the Estate of KIMBERLY MARIE GARCIA, deceased,**

            CIVIL ACTION NO. 1:24-cv-00080-TFM-C

    Plaintiff,

v.

**GULF COAST BUILDING PRODUCTS, INC.; ANTON HERBST,**

    Defendants.

---

**JOHN GARCIA, AS NEXT FRIEND AND FATHER OF C.M.G., A MINOR**

    Plaintiff,

            CIVIL ACTION NO. 1:24-cv-00395-JB-N

vs.

**GULF COAST BUILDING PRODUCTS, INC.; ANTON HERBST,**

    **Defendants.**

---

**DEFENDANTS' NOTICE TO THE COURT ON THE
POSITION OF OPPOSING COUNSEL TO
DEFENDANTS' MOTION TO CONSOLIDATE AND FOR STAY**

---

    COME Defendants, Gulf Coast Building Products Inc. and Anton Herbst, by and through undersigned counsel of record, and hereby give notice to the Court that counsel for Plaintiff Amy Hill, Robert L. Mitchell, and counsel for Plaintiff John Garcia, Derek Simpson, have informed

undersigned counsel that they have no objection to the Defendants' Motion to Consolidate the above-styled matters for discovery and trial purposes.

Mr. Simpson, as counsel for John Garcia, has communicated that he has no objection to briefly staying the proceedings. Mr. Mitchell, as counsel for Amy Hill, has communicated his objection to Defendants' Motion to Stay the proceedings, intending to proceed with the Defendants' depositions, set to begin next week. The Defendants submit that requiring the Defendants to sit for the depositions, set for next week by Mr. Mitchell only, will ultimately subject the Defendants to having to sit again for a second round of depositions by Mr. Simpson.

Respectfully submitted,

/s/ Jeremy P. Taylor
JEREMY P. TAYLOR (TAY057)
*Attorney for Defendants*
*Gulf Coast Building Products, Inc. and*
*Anton Herbst*

**OF COUNSEL:**
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone:   (251) 626-9340
Facsimile:   (251) 626-8928
jptaylor@carrallison.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on the 31st day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record or, alternatively, placed the same in the United States mail, properly addressed with first-class postage affixed thereto:

Robert L. Mitchell, Esq.
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama 36660
RLM@cunninghambounds.com

Derek W. Simpson
Warren & Simpson, PC
105 North Side Square
Huntsville, Alabama 35801
derek@warrenandsimpson.com

                                                    */s/ Jeremy P. Taylor*
                                                    OF COUNSEL